(February 8, 1913.)

## J. R. SHINN, Plaintiff, v. THE BOARD OF REGENTS OF THE UNIVERSITY OF IDAHO and THE STATE OF IDAHO, Defendants.

[129 Pac. 1074.]

Original proceeding for a recommendatory judgment. *Denied.*

Same counsel as in *Hyslop v. Board of Regents, ante,* p. 341, 129 Pac. 1073.

SULLIVAN, J.—This case involves substantially the same questions as that of *Hyslop v. Board of Regents, ante,* p. 341, 129 Pac. 1073, decided at this term of the court, and upon the authority of that case the demurrer to the complaint is sustained and the action dismissed, with costs in favor of the defendants.

Ailshie, C. J., and Stewart, J., concur.